**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| THE CANDY WRAPPERS, LLC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-0930 |
| | § | |
| | § | |
| I LOVE CHICAGO, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER TO DISMISS**

The plaintiff and defendant have entered into a binding settlement agreement. The plaintiff moved for dismissal. This case is dismissed, with prejudice.

SIGNED on September 7, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge